

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00731-CV

**IN RE** Sam **LAJZEROWICZ**

Original Mandamus Proceeding[1]

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Irene Rios, Justice

     The Panel has considered the Relator's Motion for Reconsideration of Denial of Petition for Writ of Mandamus and the motion is hereby DENIED.

_____
Irene Rios, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-20292, styled *Sam Lajzerowicz v. Estelita O'Campo Lajzerowicz*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.